IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ART ASK AGENCY,<br><br>                Plaintiff,<br><br>    v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>                Defendants. | Case No. 22-cv-03976<br><br>**Judge Sara L. Ellis**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff ART ASK AGENCY ("ANNE STOKES" or "Plaintiff") against the defendants identified on Schedule A, and using the Defendant Domain Names and Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Amended Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Plaintiff's federally registered copyrights (the "ANNE STOKES Trademark and Copyrights") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the ANNE STOKES Trademark and Copyrights. *See* Docket Nos.[11-22], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the ANNE STOKES Trademark and Copyrights.

A list of the ANNE STOKES Trademark and registered copyrightsis included in the below chart.

| Serial Number 97/243,157 | **Anne Stokes Trademark** | **Classes 16, 21, 24 and 25** |
|---|---|---|
| **Registration Number** | **Registered Copyright** | **Class** |

| | | |
|---|---|---|
| VA 2-152-055 | Gothic Prayer | Lithographic print |
| VA 2-152-057 | Blue Moon | Lithographic print |
| VA 2-152-045 | Dark Hearts | Lithographic print |
| VA 2-152-048 | Protector | Lithographic print |
| VA 2-152-065 | Summon the Reaper | Lithographic print |
| VA 2-152-061 | Spirit Guide | Lithographic print |
| VA 2-152-064 | Angel Rose | Lithographic print |
| VA 2-152-063 | Kindred Spirits | Lithographic print |
| VA 2-152-068 | Enchantment | Lithographic print |
| VA 2-152-067 | Aracnafaria | Lithographic print |
| VA 2-152-058 | Dragonkin | Lithographic print |
| VA 2-152-019 | Spell Weaver | Lithographic print |
| VA 2-261-829 | Awake Your Magic | Lithographic print |
| VA 2-272-364 | Rock God | 2-D artwork |
| VA 2-272-273 | Final Verdict | 2-D artwork |
| VA 2-272-075 | Dragon Lair | 2-D artwork |
| VA 2-272-041 | Pirate Skull | 2-D artwork |
| VA 2-271-652 | Gothic Guardian | 2-D artwork |
| VA 2-272-043 | Unicorn Heart | 2-D artwork |
| VA 2-271-518 | Woodland Guardian | 2-D artwork |
| VA 2-271-514 | Glimpse of a Unicorn | 2-D artwork |
| VA 2-272-210 | Skull Embrace | 2-D artwork |

This Court further finds that Defaulting Defendants are liable for willful false designation of origin (15 U.S.C. § 1125(a)), copyright infringement (17 U.S.C. § 501(a)) and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510 *et seq.*).

Accordingly, this Court orders that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the ANNE STOKES Trademark and Copyrights or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine ANNE STOKES product or not authorized by Plaintiff to be sold in connection with the ANNE STOKES Trademark and Copyrights;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine ANNE STOKES product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the ANNE STOKES Trademark and Copyrights;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of ANNE STOKES's trademark and Copyrights, including the ANNE STOKES Trademark and Copyrights, or any reproductions, counterfeit copies or colorable imitations.

2. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order, shall, at Plaintiff's choosing:

   a. transfer the Defendant Domain Names to Plaintiff's control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of Plaintiff's selection, and the domain name registrars shall take any steps necessary to transfer the Defendant Domain Names to a registrar of Plaintiff's selection; or

   b. disable the Defendant Domain Names and make them inactive and untransferable.

3. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), and PayPal, Inc. ("PayPal") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

   a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the ANNE STOKES Trademark and Copyrights; and

5

      b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the ANNE STOKES Trademark and Copyrights or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine ANNE STOKES product or not authorized by Plaintiff to be sold in connection with the ANNE STOKES Trademark and Copyrights.

4. Upon Plaintiff's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the ANNE STOKES Trademark and Copyrights.

5. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of $100,000 for willful use of counterfeit ANNE STOKES Trademark and Copyrights on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Amended Schedule A.

6. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 6 above) or other of Defaulting Defendants' assets.

7. All monies (up to the amount of the statutory damages awarded in Paragraph 6 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

8. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

9. In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit [1] to the Declaration of Maria Strid and any e-mail addresses provided for Defaulting Defendants by third parties.

10. The ten-thousand dollar ($10,000) surety bond posted by Plaintiff is hereby released to Plaintiff or its counsel, Hughes Socol Piers Resnick & Dym, Ltd.. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plainitffor its counsel.

This is a Default Judgment.

Dated: October 27, 2022

Sara L. Ellis
United States District Judge

**Amended Schedule A**

| No. | Defendant Name / Alias |
|---|---|
| 1 | RodAlvatXkXl |
| 2 | soepfejnr |
| 3 | wangrui8023 |
| 4 | zhangnengyuan10950 |
| 5 | zhangzhanyun123 |
| 6 | zhanwei45210 |
| 7 | zhu188 |
| 8 | Animeland Store |
| 9 | clothes 11 Store |
| 10 | clothes 13 Store |
| 11 | clothes 14 Store |
| 12 | CTDiamondPainting Store |
| 13 | Factory Direct Apparel Store |
| 14 | Factory Outlet-6 Store |
| 15 | FactoryOutle-4 Store |
| 16 | 00IGMO |
| 17 | adjoins household |
| 18 | Alfred Kobe |
| 19 | Amxkxjkxknxznnxjzknxncnxkz |
| 20 | anmin123 |
| 21 | asfadsgfh |
| 22 | Aymima |
| 23 | Basify Life Shop |
| 24 | Baymaxx |
| 25 | Beautiful charm company |
| 26 | bincloth |
| 27 | Binhhip |
| 28 | boost1 |
| 29 | Budget Hardware |
| 30 | caichenxin389568 |
| 31 | CAOHAOLOVE |
| 32 | chenlei2202 |
| 33 | chenxieyang |
| 34 | chexixnhey |
| 35 | chuxiang Store |
| 36 | corpuscare |
| 37 | creamlove |
| 38 | ctcvxke shop |
| 39 | custompod |
| 40 | de45g55 |
| 41 | dengzuo52572 |
| 42 | dreamfutu |

| 43 | Durolith |
|---|---|
| 44 | duxu9672 |
| 45 | Easybuy's Shop |
| 46 | eefu |
| 47 | ElvaUptonlDwWiP |
| 48 | everything tastes great |
| 49 | excellent art shop |
| 51 | fangshinianshi |
| 52 | fangtianhai9049 |
| 53 | fdsef |
| 54 | felicitousnes |
| 55 | fhjjd334 |
| 56 | Fouttich household |
| 57 | Freshpalet |
| 58 | gamawangjie1134 |
| 59 | gandong fashion |
| 60 | gaoqian1840 |
| 61 | gaoqipeng3504 |
| 62 | growthmanship |
| 63 | guanhaiqin9680 |
| 64 | gucuidongqiu |
| 65 | guoqing083 |
| 66 | Handmade art jewelry shop |
| 67 | hanxingg |
| 68 | heying168 |
| 69 | heyiyun16906 |
| 70 | heyuwei168 |
| 71 | pengpen7845 |
| 72 | qiaomenglin |
| 73 | qingqingrshop |
| 74 | shangzhenfei3826 |
| 75 | siyi maoyi |
| 76 | SSS-JDI.DJIE |
| 77 | sunyang5667 |
| 78 | surprise hua |
| 79 | tdfjasdjkl88 |
| 80 | Tutta Freschezza |
| 81 | TWANCON |
| 82 | W EERT |
| 83 | wangyan821 |
| 84 | world 58 |
| 85 | xiayuanyuan1529 |
| 86 | xiq4699shop |
| 87 | xubaoyue88888 |
| 88 | XUEFEISB |

| | |
|---|---|
| 89 | YANG ST |
| 90 | YIJIN31 |
| 91 | YIJIN32 |
| 92 | yuejinyang |
| 93 | YUHUI Tattoo Sticker Store |
| 94 | zhanghaitao7890 |
| 95 | zhangxiaoyi99803 |
| 96 | zhar9275 |
| 97 | zhongzhongchengcheng |
| 98 | zhujialong5521 |
| 100 | anfuxiushtoy |
| 101 | Anhtuannnguyen |
| 102 | aochunshangmaoLTD |
| 103 | AOUONLY |
| 104 | Aoxiangshutuo |
| 105 | Aslxiescc |
| 106 | because meet you |
| 108 | BESUREME HOMERUGS |
| 111 | bld store |
| 112 | bora electronic |
| 113 | BUITRINHBN |
| 114 | Bunnistore |
| 117 | caizhixiao03 |
| 119 | Capcess |
| 120 | CHANDANA SUJITHA KUMARA PERAMUNA KANKANAMGE |
| 123 | chaoyangquqianhushangmaohang |
| 124 | CHAUD STORE |
| 125 | CHCQ-US |
| 126 | CHENDONGNIU |
| 131 | chengkd7v |
| 132 | chuangmao |
| 133 | CRMY |
| 134 | Cường Nga shop |
| 135 | czh965788 |
| 136 | dai6jiandi |
| 137 | dai888deh |
| 138 | DDnuanheibaihuodian |
| 139 | deleiwo |
| 140 | desheze |
| 141 | DLFKJF |
| 142 | DN-GROUP |
| 143 | donghaixiankemanfuzhuangshanghang |
| 144 | DonhagGuan |
| 145 | DUOMEHAOBAIHUO |
| 147 | dwbj7zav |

| | |
|---|---|
| 148 | dwshiw9 |
| 149 | Dzmengj shop |
| 150 | Edsion |
| 152 | fanfdrj6uyu5r |
| 155 | fasf-aav |
| 156 | fj8oucv |
| 157 | Flower Cat Home Textiles |
| 158 | Fsha |
| 159 | Gang888 |
| 160 | gaochengquqianqianfushipifabu |
| 161 | GaoTong Art |
| 162 | Garco10 Store |
| 163 | 1314 Life House Store |
| 164 | 19981996 Store |
| 165 | 275239316 Store |
| 166 | 3D Clothes For Men Store |
| 167 | 3D Crazy Imagination Store |
| 168 | 3D Garment Factory Store |
| 169 | 3D Serendipity See You Store |
| 170 | 4988 Store |
| 171 | 500 Store |
| 172 | 666555566 Store |
| 173 | A beautiful girl Store |
| 174 | A dreamer Store |
| 175 | AAQP500 Store |
| 176 | Above Colorful Clouds Store |
| 177 | Accord Apparel Store |
| 178 | Ace Air Art Hobby Decoration Store |
| 179 | Ali Gege Store |
| 180 | AliExpress Textiles Store |
| 181 | ALMUDENA Painting Store |
| 182 | Amazing-Canvas Store |
| 183 | Angelia Store |
| 184 | ANHENG Store |
| 185 | ARMYQZ Yue Store |
| 186 | ArtPaintings Store |
| 187 | Azarias Store |
| 188 | Baby-BoyGirl Store |
| 189 | Bailipromise Store |
| 190 | BAISID Store |
| 191 | Bandai Diamond Painting Cross Stitch Store |
| 192 | Bandai diamonds painting Store |
| 193 | Bao Keai Store |
| 194 | beautiful girl small dogs Store |
| 195 | Bedlinings Store |

| | |
|---|---|
| 196 | Best-Diamond-Painting Store |
| 197 | Blanket 002 Store Store |
| 198 | BLOOM JEWELRY Store |
| 199 | Bohai quality Store |
| 200 | Bollinger Homedecor Store |
| 201 | BOOMBAYAA Store |
| 202 | Brag wall signs Store |
| 203 | Britz Shop Store |
| 204 | BroDannies Store |
| 205 | buddha-like Store |
| 206 | Buttergirl Store |
| 207 | Canvas-Art Dropshipping Store |
| 208 | CHAMPRINT Women Store |
| 209 | Chengxin 66 Store |
| 210 | Children Clothes 3D HD Print Factory Store |
| 211 | Colored stone Official Store |
| 212 | colorful painting 01 Store |
| 213 | Coloring by Numbers' Painting Store |
| 214 | Colorskin Stickers Store |
| 215 | Colouration Anime Clothes Store |
| 216 | comfortable decor Store |
| 217 | COOL TIMES Store |
| 218 | Cost sales Store |
| 219 | Cosy Zone Store |
| 220 | CPHobby Store |
| 221 | Custom Bedding Store |
| 222 | Customized Jacket and Fleece Hoodie Store |
| 223 | Custom-Made Store |
| 224 | decalgirl |
| 225 | difiny Store |
| 226 | Diluke Store |
| 227 | Disney-Custom-Made Store |
| 228 | DP Tools Store |
| 229 | Dream House Store |
| 230 | Dreaming Art Store |
| 231 | Dress Factory Outlet Store |
| 232 | Duo Duo-Ma Store |
| 233 | Duzuo Cloud Store |
| 234 | DYHL Store |
| 235 | ejgroup Phone Case Official Store |
| 236 | ENRMIIV Global Store |
| 237 | enzhe6688fa Store |
| 238 | Everyday leisure Store |
| 239 | Export discounts Store |
| 240 | Faceboook Store |

| | |
|---|---|
| 241 | Factory Outlet-3 Store |